**FILED**

MAR 2 0 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CURTIS ANDREWS, )
                          )
          Plaintiff,      )
                          )
     v.                   )          Civil Action No.  **12 0430**
                          )
GREATER SOUTHEAST COMMUNITY )
HOSPITAL, *et al.*,       )
                          )
          Defendants.     )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

The plaintiff's complaint is largely illegible. Aside from what appears to be a medical malpractice claim against a local hospital, the Court is unable to decipher what claims he brings against which parties.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendant of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). As

drafted, the plaintiff's complaint fails to comply with Rule 8(a), and it will be dismissed without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 3/14/12

_____
United States District Judge